UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

Michael Healy

PROCEEDINGS: IA/Felony

MAGISTRATE JUDGE: Joseph A. Dickson, U.S.M.J.

MAGISTRATE NO.: 18-3789

DATE OF PROCEEDINGS: 11/13/18

DATE OF ARREST: 11/13/18

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

(X) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

(X) PRELIMINARY / REMOVAL HRG     DATE: 11/27 - 2:00
( ) DETENTION / BAIL HRG.          DATE: _____
( ) TRIAL: ___ COURT ___ JURY      DATE: _____
( ) SENTENCING                     DATE: _____
( ) OTHER: _____         DATE: _____

APPEARANCES:

AUSA  Robert Frazer

DEFT. COUNSEL  Anthony Pope - Retained

PROBATION _____

INTERPRETER _____
           Language: (          )

Time Commenced: 3:06
Time Terminated: 3:10
CD No:          ECR

*Nadine Mauro*
DEPUTY CLERK