AO 92 (Rev. 6/83)

COMMITMENT

## United States District Court

**DISTRICT:** New Jersey

UNITED STATES OF AMERICA
V.
Michael Healy

**DOCKET NO.**

**MAGISTRATE CASE NO.** 18-3789

The above named defendant was arrested upon the complaint of

charging a violation of  21 USC § 846

**DISTRICT OF OFFENSE:** New Jersey

**DATE OF OFFENSE:**

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with intention to distribute a controlled substance

**BOND IS FIXED AT** $  Detained pending bail hearing

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

November 13, 2018         s/Joseph A. Dickson
Date                      United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |